IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | September 17, 2013 |
| Court Reporter: | Kara Spitler | Probation: | Darren Streich |
| Interpreter: | Cathy Bahr | | |

---

Criminal Action No. **13-cr-00208-RBJ**

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  MANUEL JIMENEZ-RENTERIA, a/k/a Javier Aguire, a/k/a Francisco Lopez-Toloro**,

    Defendant.

*Counsel*:

Beth N. Gibson

Brian R. Leedy

---

**SENTENCING MINUTES**

---

**1:02 p.m.**     **Court in session.**

> **Change of Plea Hearing - July 18, 2013, at at 8:00 a.m.**
> **Plea of Guilty - Count One of Indictment.**

Appearances of counsel.

Defendant is present, in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government, the Probation Officer, and defendant's daughter address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for a Variant Sentence [ECF Doc. No. 20], filed September 3, 2013, is **DENIED.**

**ORDERED:**  Defendant shall be **imprisoned** for **27** months.

Court RECOMMENDS that defendant receive credit for **119** days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Englewood, Colorado.

**ORDERED:**  Upon release from imprisonment, no term of supervised release shall be imposed.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**1:41 p.m.**     **Court in recess.**  Hearing concluded.

**Total time:   :39**